# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Kathryn Rivera, a Special Agent with the United States Capitol Police, Washington, D.C., (hereinafter "your affiant") being duly sworn, deposes and states as follows:

1. Your affiant is a Special Agent ("SA") with the United States Capitol Police ("USCP"), Criminal Investigations Section. I have been a police officer for approximately fifteen years and have been assigned to the Criminal Investigations Section since 2011. I have investigated offenses involving assaults with a deadly weapon, assaults on a police officer, and aggravated assaults.

2. This affidavit is based, in part, upon my personal observations, information provided to me by other USCP officers, witnesses, review of surveillance video, and other information gathered during the course of this investigation. Since this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts which I believe are necessary to establish probable cause for a criminal complaint.

3. This affidavit is submitted in support of an application for a criminal complaint charging MIA KEYSHIA HILL, also known as Taleah Michelle Everett (hereinafter, "Hill") with: four counts of Assaulting, Resisting, or Impeding Certain Officers or Employees with a Dangerous Weapon, in violation of Title 18, United States Code § 111(b), one count of Willfully Injuring or Committing any Depredation Against Any Property of the United States, in violation of Title 18, United States Code § 1361, and one count of Fleeing a Law Enforcement Officer, in violation of 50 D.C. Code § 2201.05b (b)(2)(2001 ed.)).

4. As a result of my personal participation in this investigation, as well as through interviews with witnesses and analysis of reports submitted by other USCP officers, I am familiar

with all aspects of this investigation. On the basis of this familiarity, and on the basis of other information which I have reviewed and determined to be reliable, I allege the following facts to show there is probable cause to believe that Hill assaulted one or more USCP officers with a dangerous weapon, in violation of Title 18, United States Code § 111(b), destroyed or depredated U.S. property in violation of Title 18, United States Code, § 1361, and fled and eluded USCP officers in violation of 50 D.C. Code § 2201.05b (b)(2).

5. Under Title 18, United States Code, § 111(b), whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with a USCP officer while the officer is engaged in or on account of the performance of officials duties, and in the commission of such acts uses a dangerous weapon, shall be fined or imprisoned for not more than 25 years.

6. Under Title 18, United States Code, § 1361, whoever willfully injures or commits a depradation against property of the United States, shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both.

7. Under 50 D.C. Code § 2201.05b (b)(2), whoever knowingly fails or refuses to bring a motor vehicle to an immediate stop, or who flees or attempts to elude a law enforcement officer, following a law enforcement officer's signal to bring the motor vehicle to a stop in a manner that would constitute reckless driving, or causes property damage or bodily injury, shall be fined not more than the amount set forth in § 22-3571.01, or imprisoned for not more than 5 years, or both.

<u>Hill's Initial Encounter with Law Enforcement</u>

8. On March 29, 2017, at approximately 9:23 a.m., USCP Officer Pierre, a uniformed officer, observed Hill operating a dark colored four-door Chevrolet Cruze, bearing Maryland registration XXXXXXX with a vehicle identification number later identified as

XXXXXXXXXXXXXXX, traveling eastbound in the 300 block of Independence Avenue SW. USCP Officer Pierre attempted to stop Hill by waving his arms after he observed her drive through a solid red traffic signal at the intersection of 3rd Street SW. USCP Officer Pierre was forced to move out of Hill's way as she ignored his attempt to stop her and drove past him. At the time that Hill drove through the red light, she nearly hit two pedestrians who were walking in the crosswalk and crossing Independence Avenue SW.

9. Hill ignored USCP Officer Pierre's efforts to stop her vehicle and displayed her middle finger upright in USCP Officer Pierre's direction as she continued driving east on Independence Avenue SW.

<u>Hill Ignores Second Attempt by USCP Officers to Pull Over Her Vehicle</u>

10. As Hill continued traveling eastbound in the unit block of Independence Avenue SE, she abruptly changed lanes without caution twice, but was forced to stop due to heavy traffic due to a solid red signal at the intersection of 1st Street and Independence Avenue SE.

11. While Hill's vehicle was stopped in traffic, USCP Officer J. Greene, USCP Officer Goldsmith, and USCP Officer Langley – all of whom were in USCP uniforms and in marked USCP cruisers – pulled alongside Hill's vehicle. USCP Officer Goldsmith approached Hill's vehicle and ordered her to exit the vehicle. Hill ignored USCP Officer Goldsmith's commands to exit and remained in her vehicle clenching the steering wheel.

12. Hill then began performing a U-turn by turning to the left and pulling between USCP Officer J. Greene's and USCP Officer Langley's marked USCP cruisers. Hill stopped, backed up, directed her car towards USCP Officer Goldsmith and forced him to jump out of the way to avoid being struck. While disregarding the USCP officers' commands to stop, Hill struck

USCP Officer J. Greene's USCP police vehicle and collided with a gray Toyota Corolla, before she pulled forward and fled the scene of the crash, traveling westbound in the unit block of Independence Avenue SE.

Hill Ignores Third Attempt by USCP Officers to Pull over Her Vehicle

13. USCP Officer Ruiz, wearing a USCP mountain bike uniform, stepped into the roadway and attempted to stop Hill by fully extending his left arm with his palm facing Hill's vehicle. Hill refused to stop and accelerated towards USCP Officer Ruiz. Hill ignored USCP Officer Ruiz's commands and swerved her vehicle, crossing over the double yellow lane divider in USCP Officer Ruiz's direction. Hill did not stop as she drove towards USCP Officer Ruiz.

14. Hill changed lanes without caution in the intersection of South Capitol Street and Independence Avenue SW. While traveling westbound in the unit block of Independence Avenue SW, Hill crossed over the double solid yellow lines and began traveling westbound in the eastbound lanes directly towards oncoming traffic. Multiple vehicles were forced to change lanes, slow down, or brake to avoid a collision with Hill. Two marked USCP police vehicles with their emergency equipment activated maneuvered behind Hill and attempted to pull her over, but she continued westbound in the eastbound lanes until the intersection of 100 block of Independence Avenue SW.

Hill's Vehicle Ultimately Forced to Stop After Barricades Were Raised to Block Her Travel

15. While in the 100 block of Independence Avenue SW, USCP officers activated and raised barricades embedded in Independence Avenue SW to force all eastbound and westbound traffic to stop, including Hill. While Hill was stopped, Hill's vehicle was surrounded by USCP Officer Riley and other USCP officers who were all on foot and dressed in USCP uniforms. Law

enforcement repeatedly ordered Hill to exit her vehicle, however Hill ignored the commands from law enforcement.

16. USCP Officer J. Greene positioned his vehicle behind and to the left of Hill's vehicle. After Hill ignored repeated commands to exit her vehicle, USCP Officer Riley broke the rear window of Hill's vehicle while another USCP officer was attempting to open Hill's doors. Another USCP officer moved to the driver's door window in an attempt to break it when Hill suddenly pulled the vehicle forward, forcing Officer Riley and other USCP uniformed officers and a USCP plain-clothed officer to move out of the way in fear of being struck by Hill.

17. Hill then put her vehicle into reverse and collided into USCP Officer J. Greene's marked USCP patrol vehicle, causing significant and disabling damage in excess of $1,000. As Hill was reversing, she was in close proximity to the USCP officers who were attempting to stop the vehicle as well.

18. While Hill was in reverse and colliding into USCP Officer J. Greene's vehicle, two uniformed USCP officers in fear of their own immediate safety, as well as the immediate safety of all USCP officers on scene and the immediate safety of passersby, discharged their firearms at Hill's vehicle.

19. USCP Officer Riley was able to break the driver's door window of Hill's vehicle, allowing USCP Officer D. Greene to reach into the vehicle and remove Hill from the driver's seat and place her into custody.

20. Hill was not injured as a result of USCP officers discharging their firearms and refused any medical treatment on scene. No witnesses, vehicle operators or passersby reported any injuries. No USCP officers were injured as a result of Hill's actions, however Hill spat

multiple times at multiple uniformed USCP officers while yelling something to the effect of: fuck you, I was up here yesterday trying to run you motherfuckers over!

21. An NCIC/WALES check of Hill revealed that she did not possess a valid permit to operate a motor vehicle in the District of Columbia. Hill was transported to 119 D Street NE for processing and was advised of her Miranda rights, which she waived. Hill's vehicle was impounded at 67 K Street SW pending further investigation.

**CONCLUSION**

22. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that MIA KEYSHIA HILL committed violations of 18 U.S.C. § 111(b) (Assaulting, Resisting, or Impeding Certain Officers or Employees with a Dangerous Weapon), one count of Willfully Injuring or Committing any Depredation Against Any Property of the United States, in violation of Title 18, United States Code § 1361, and one count of Fleeing a Law Enforcement Officer, in violation of 50 D.C. Code § 2201.05b (b)(2)(2001 ed.)).

___________________________________
SPECIAL AGENT KATHRYN RIVERA
UNITED STATES CAPITOL POLICE

Subscribed and sworn to before me this 30th day of March, 2017.

_______________________________________
HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE